# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD KEY,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN OF FOLSOM PRISON,<br><br>    Respondent. | Case No. CV 14-1523 JLS (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1     IT IS ORDERED that Judgment be entered denying the petition and
2 dismissing this action with prejudice.

5 DATE: March 17, 2015      _____
                                     HON. JOSEPHINE L. STATON
                                     UNITED STATES DISTRICT JUDGE