1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD KEY, | Case No. CV 14-1523 JLS (MRW) |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN OF FOLSOM PRISON, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: March 17, 2015

_____
HON. JOSPEHINE L. STATON
UNITED STATES DISTRICT JUDGE